(106 So. 686)
## Otto SHAW v. STATE. (8 Div. 823.)

(Supreme Court of Alabama. Dec. 17, 1925.)

Certiorari to Court of Appeals.

Bradshaw & Barnett, of Florence, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Otto Shaw for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Shaw v. State, 106 So. 685. Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

(106 So. 609)
## Rogers MAY v. STATE. (2 Div. 889.)

(Supreme Court of Alabama, Dec. 17, 1925.)

Certiorari to Court of Appeals.

Thos. F. Seale, of Livingston, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Rogers May for certiorari to the Court of Appeals to review the judgment and decision of that court in May v. State, 106 So. 608. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(106 So. 620)
## Helen DICKSON v. STATE. (6 Div. 570.)

(Supreme Court of Alabama. Dec. 17, 1925.)

Certiorari to Court of Appeals.

Gray & Powell, of Jasper, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Helen Dickson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Dickson v. State, 106 So. 619. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.